**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROCKHILL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No._____ |
| | ) | |
| J.M. DRILLING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE OF CORPORATE INTEREST**

COMES NOW Plaintiff Rockhill Insurance Company ("Rockhill"), by and through counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby submits that Rockhill Insurance Company, an Arizona corporation with its main office in Kansas City, Missouri, is a wholly owned subsidiary of Rockhill Holding Company, a Delaware corporation. Rockhill Holding Company is a wholly owned subsidiary of State Automobile Mutual Insurance Company, an Ohio corporation and part of the State Auto Insurance Group.  State Automobile Mutual Insurance Company owns approximately 62% of State Auto Financial Corporation, which is publicly traded on the Nasdaq Global Select Market System under the symbol STFC.  STFC is the only publicly traded company within the State Auto Insurance Group.

**RESPECTFULLY SUBMITTED** this 23rd day of March, 2018.

EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.

By:  /s/ Ronald T. Hill
      **RONALD T. HILL, ESQ., BPR#11283**
      EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
      900 S. Gay Street, Suite 1400
      Knoxville, TN  37902
      (865) 546-0500
      rhill@emlaw.com
      *Counsel for Plaintiff Rockhill Insurance Company*