# Chief Judge
# S. Thomas Anderson

Judge Bryant

**Case #:** 1:18-cv-1050

Rockhill Insurance Company

v.

J.M. Drilling, LLC