**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

**ROCKHILL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                               **Case No. 1:18-cv-01050-STA-egb**

**J.M. DRILLING, LLC,**

    **Defendant.**

### NOTICE OF APPEARANCE

The Defendant, J.M. Drilling, without waiving, but specifically reserving all defenses, enters its appearance in this proceeding through the firm of Gilbert McWherter Scott Bobbitt PLC and requests all materials be addressed as follows:

J. Brandon McWherter
Gilbert McWherter Scott Bobbitt PLC
341 Cool Springs Blvd., Ste. 230
Franklin, Tennessee 37067
bmcwherter@gilbertfirm.com

Clinton H. Scott
Gilbert McWherter Scott Bobbitt PLC
101 N. Highland Avenue
Jackson, Tennessee 38301
cscott@gilbertfirm.com

Dated this the 25th day of May, 2018.

Respectfully submitted,

**GILBERT McWHERTER
SCOTT BOBBITT PLC**

*s/ Clinton H. Scott*
CLINTON H. SCOTT #23008
cscott@gilbertfirm.com
101 N. Highland Avenue
Jackson, Tennessee 38301
(731) 664-1340

J. BRANDON McWHERTER #21600
bmcwherter@gilbertfirm.com
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
(615) 354-1144

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on May 25, 2018.

Ronald T. Hill
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902

*s/ Clinton H. Scott*