IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**ROCKHILL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                       No. 1:18-cv-01050
                                                            JURY DEMANDED

**J.M. DRILLING, LLC,**

    **Defendant.**

---

**MOTION TO DISMISS, OR IN THE ALTERNATIVE TO TRANSFER OR STAY ROCKHILL'S DECLARATORY ACTION**

---

COMES NOW the Defendant, J.M. Drilling, LLC, and respectfully moves the Court to Dismiss, or in the Alternative to Transfer or Stay Rockhill's Complaint for Declaratory Relief. In support of this Motion, Defendant relies on the record as a whole and the Memorandum in Support filed contemporaneously herewith. Specifically, J.M. Drilling requests the following relief from the Court:

1. That this action be dismissed pursuant to Rules 12(b)(7) and 19 as a result of Rockhill's failure to join necessary and indispensable parties, i.e., the Underlying Thibodeaux Plaintiffs (as defined in JM Drilling's Memorandum in Support) and Bellsouth Communications, LLC.

2. That the Court decline to exercise its discretionary jurisdiction over this declaratory judgment action and allow all matters in controversy to be decided by the parallel action pending in the Western District of Louisiana in which all necessary parties have been joined.

3. In the alternative, that the Court stay this action pending the outcome of the Louisiana Federal Action or transfer the case to the Western District of Louisiana.

WHEREFORE, PREMISES CONSIDERED, and for all the reasons stated in the accompanying Memorandum, Defendant respectfully requests that this Court grant its Motion.

Respectfully submitted,

**GILBERT McWHERTER SCOTT & BOBBITT, PLC**

*s/ J. Brandon McWherter*
J. BRANDON McWHERTER #21600
bmcwherter@gilbertfirm.com
341 Cool Springs Blvd. Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
Fax: (731) 664-1540

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 12th day of June, 2018.

Ronald T. Hill
Egerton, McAfee, Armistead & Davis, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902

*s/ J. Brandon McWherter*