JOHN THIBODEAUX, ET AL       15TH JUDICIAL DISTRICT COURT

VERSUS                  DOCKET NUMBER 2015-4167-B

GULFGATE CONSTRUCTION, ET AL      LAFAYETTE PARISH, LOUISIANA

**JURY VERDICT**

"During a prior hearing, this court determined that J.M. Drilling is at fault for: 1) negligently striking the underground sewer force main line at 114 Gate in February 2015; 2) negligently failing to contact the utility owner (Water & Wastewater) to have the broken underground sewer force main line fixed before continuing any work; and, 3) J.M. Drilling LLC's negligence caused the underground void/cavern near AT&T PFP box and AT&T Handhole 1 which, in turn, caused John Thibodeaux's accident on June 9, 2015. Accordingly, the purpose of this trial is to determine what if any damages John Thibodeaux received as a result of this accident on June 9, 2015." You are not to consider or place any fault on plaintiff, **JOHN THIBODEAUX,** or any other persons except **J.M. DRILLING.**

1. Do you find that plaintiff, **JOHN THIBODEAUX,** suffered damages caused by the incident occurring on June 9, 2015?

    Yes ___✓___       No _____

    (If you answered "No" to Question No. 1, you cannot award damages. You may sign the form and return to the courtroom. If you answered "Yes" to Question No. 1, please proceed to Question No. 2.)

2. What amount in dollars and cents, do you find from a preponderance of the evidence will compensate plaintiff, **JOHN THIBODEAUX,** for his injuries as a result of the June 9, 2015 incident?

    | | | |
    |---|---|---|
    | A. | Loss of Future Household Services | $ 90,000 |
    | B. | Past Medical/Healthcare Expenses | $ 77,183 |
    | C. | Future Medical/Healthcare Expenses | $ 500,000 |
    | D. | Past Lost Earnings | $ 205,935 |
    | E. | Future Lost Earning Capacity | $ 2,275,000 |
    | F. | Past and Future Physical Pain and Suffering | $ 125,000 |
    | G. | Past and Future Mental Pain and Suffering | $ 120,000 |
    | H. | Past and future Loss of Enjoyment of Life | $ 20,000 |
    | I. | Past and Future Disability | $ 125,000 |

JOHN THIBODEAUX, ET AL      15TH JUDICIAL DISTRICT COURT

VERSUS      DOCKET NUMBER 2015-4167-B

GULFGATE CONSTRUCTION, ET AL      LAFAYETTE PARISH, LOUISIANA

3. Did plaintiff, Amy Thibodeaux, suffer damages caused by the June 9, 2015 incident?

     Yes ____✓____      No _____

(If you answered "No" to Question No. 3, you cannot award damages. You may sign the form and return to the courtroom.  If you answered "Yes" to Question No. 3, please proceed to Question No. 4.)

4. What amount, in dollars and cents, will compensate Plaintiff Amy Thibodeaux, for the following damages:

     Loss of Consortium: $ __150,000__

5. Did plaintiff, Gabrielle Thibodeaux, suffer damages caused by the June 9, 2015 incident?

     Yes ____✓____      No _____

(If you answered "No" to Question No. 5, you cannot award damages. You may sign the form and return to the courtroom.  If you answered "Yes" to Question No. 5, please proceed to Question No. 6.)

6. What amount, in dollars and cents, will compensate Plaintiff Gabrielle Thibodeaux, for the following damages:

     Loss of Consortium: $ __1 0000__

7. Did plaintiff, Emily Thibodeaux, suffer damages caused by the June 9, 2015 incident?

     Yes _____      No ____✓____

(If you answered "No" to Question No. 7, you cannot award damages. You may sign the form and return to the courtroom.  If you answered "Yes" to Question No. 7, please proceed to Question No. 8.)

8. What amount, in dollars and cents, will compensate Plaintiff Emily Thibodeaux, for the following damages:

     Loss of Consortium: $ ____0____

(Upon completion of the jury deliberation, the jury foreperson is to sign and date the jury verdict, and then notify the bailiff to return to the courtroom).

I certify that the above results constitute the verdict of the entire jury in this case.

_Donald Tallier_
Foreperson

_March 29, 2018_
DATE

FILED THIS __19__ DAY OF __March__, 20__
TRUE COPY ATTEST LAFAYETTE, LA

_____
Deputy Clerk of Court

2