LAFPC.CV.50308626
cc_mmmccarthy

# NOTICE OF SIGNING OF JUDGMENT

| | |
|---|---|
| JOHN THIBODEAUX, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20154167 B |
| GULFGATE CONSTRUCTION LLC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

TO: MAX MICHAEL MENARD
    MELVIN A. EIDEN
    EDWARD O. TAULBEE
    LEAH R. RHODES
    JANICE M. REEVES
    BLAKE COUVILLION

In accordance with Article 1913 of the Louisiana Code of Civil Procedure, you are hereby notified that judgment was rendered and signed in the above numbered and entitled cause on APRIL 6, 2018, a copy of which is attached hereto.

WITNESS my official hand and seal of office in Lafayette, Louisiana, this APRIL 11, 2018.

_____
Deputy Clerk of Court
Lafayette Parish

15TH JUDICIAL COURT FOR THE PARISH OF LAFAYETTE

STATE OF LOUISIANA

NO. 2015-4167                                                                                        DIVISION "B"

JOHN THIBODEAUX AND AMY THIBODEAUX, INDIVIDUALLY, AND ON THE BEHALF OF THEIR MINOR DAUGHTER, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX

VERSUS

GULFGATE CONSTRUCTION, LLC, MILTON WATER SYSTEM, INC, AND WATER & WASTEWATER UTILITIES, INC.

**JUDGMENT**

Jury trial on the merits to determine damages only (the Court earlier granted Partial Summary Judgment on Liability against J.M. Drilling, LLC.) was held March 26, 2018 to March 29, 2018 before Judge Jules Edwards with the 15th Judicial District Court in Lafayette, Louisiana. Representing the parties were:

Edward Taulbee and Max Michael Menard on behalf of Plaintiffs, John Thibodeaux and Amy Thibodeaux, Individually, and on behalf of their minor daughter, Gabrielle Thibodeaux, and Emily Thibodeaux; and

Melvin Eiden and Blake Couvillion on behalf of Defendant J.M. Drilling, LLC.

The Jury returned an executed Jury Verdict Form on March 29, 2018 by the Foreman, Donald H. Valliere, Sr., that awarded the following damages:

**JOHN THIBODEAUX**

| | |
|---|---|
| Loss of Household Services | $90,000.00 |
| Past Medical Expenses | $77,183.00 |
| Future Medical Expenses | $500,000.00 |
| Past Lost Wages | $205,935.00 |
| Loss of Future Earning Capacity | $2,275,000.00 |
| Physical Pain & Suffering (past and future) | $125,000.00 |
| Mental Pain & Suffering (past and future) | $120,000.00 |
| Loss of Enjoyment of Life | $20,000.00 |
| Disability | $125,000.00 |
| TOTAL | $3,538,118.00 |

1

**AMY THIBODEAUX**

Loss of Consortium                                              $150,000.00

**GABRIELLE THIBODEAUX**

Loss of Consortium                                              $10,000.00

**EMILY THIBODEAUX**

Loss of Consortium                                              $0

IT IS ORDERED, ADJUDGED, AND DECREED that there be Judgment in favor of Plaintiff, John Thibodeaux, against Defendant, J.M. Drilling, LLC., in the amount of $3,538,118.00 with judicial interest from the date of judicial demand (October 7, 2015) until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be Judgment in favor of Plaintiff, Amy Thibodeaux, against Defendant, J.M. Drilling, LLC., in the amount of $150,000.00 with judicial interest from the date of judicial demand (October 7, 2015) until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be Judgment in favor of Plaintiff, Gabrielle Thibodeaux (now at the age of majority), against Defendant, J.M. Drilling, LLC., in the amount of $10,000.00 with judicial interest from the date of judicial demand (October 7, 2015) until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment herein, in favor of intervenor, BELLSOUTH TELECOMMUNICATIONS, LLC, and over and against defendant, J.M. Drilling, LLC, and in preference and priority to plaintiffs, in the full sum of the amount of any and all amounts which intervenor has actually paid, and any amounts it will actually pay prior to the date of the satisfaction of this judgment (hereinafter "lien recovery"), to or on behalf of plaintiff, JOHN THIBODEAUX, as weekly workmen's compensation benefits and medical expenses (which sum, as of the start of trial on March 27, 2018, was $167,699.29),

which amount is to be reduced by 1/3 for attorney's fees and court costs, and further, which amount is to be deducted from damages awarded plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there be judgment herein, in favor of intervenor, BELLSOUTH TELECOMMUNICATIONS, LLC, and over and against defendant, J.M. Drilling, LLC, and in preference and priority to plaintiffs, awarding intervenor judicial interest on its lien recovery from the date of judicial demand, specifically, October 26, 2015.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that intervenor, BELLSOUTH TELECOMMUNICATIONS, LLC, is awarded a credit in the amount of two thirds (2/3) of the difference of $3,698,118.00 minus the lien recovery, to be applied against any and all future obligations under Louisiana Workers Compensation Law, in excess of intervenor's lien recovery, to or on behalf of plaintiffs, JOHN THIBODEAUX AND AMY THIBODEAUX, INDIVIDUALLY, AND ON THE BEHALF OF THEIR MINOR DAUGHTER, GABRIELLE THIBODEAUX, AND EMILY THIBODEAUX, such that intervenor will have no obligation to pay or provide any benefits, indemnity, medical or otherwise, to plaintiffs under the provisions of Louisiana Workers Compensation Law until said credit of $2,353,612.47 has been exhausted by expenditures of plaintiffs, in accordance with Louisiana Worker's Compensation Law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that in the event a dispute arises as between plaintiffs and intervenor as to the amount of said lien recovery or the manner in which said future credit is to be applied, either party is instructed to file a motion in the trial court or Office of Workers' Compensation to have said dispute determined.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that court costs are assessed against Defendant, J.M. Drilling, LLC.

Thibodeaux
versus
Gulfgate
2015-4167

Thus done and signed on the ___6___ day of April 2018, in Lafayette, Louisiana.

_____
Judge Jules Edwards

Respectfully Submitted By,

_____
Max Michael Menard, Bar # 22833
200 Church Street
P.O. Box 1196
Youngsville, LA 70592
Phone: 337-857-6123
Fax: 337-451-5707

Attorney for plaintiffs, John Thibodeaux and Amy Thibodeaux, individually, and on behalf of their minor daughter, Gabrielle Thibodeaux, and Emily Thibodeaux

### CERTIFICATE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by telefax, by email, and/or by placing same in U.S. Mail postage prepaid, this __3rd__ day of April 2018.

_____
MAX MICHAEL MENARD

FILED THIS __6__
DAY OF __APR__, 20__18__
_Monét McCarthy_
Deputy Clerk of Court

4