STATE OF LOUISIANA

PARISH OF LAFAYETTE

### AFFIDAVIT

Before me, the undersigned authority, duly authorized by and for the State and Parish aforesaid, came:

**JOHN THIBODEAUX,**

who, being first duly sworn, did depose and say that he has personal knowledge of the following:

1.

I have been married to Amy Thibodeaux for over 24 years and have two adult daughters, Emily Thibodeaux and Gabrielle Thibodeaux.

2.

I, along with my wife and two daughters, have been life-long residents of Louisiana and our primary domicile is and has always been in Louisiana.

3.

Neither myself, nor my wife or two daughters, have ever owned any movable and/or immovable property within the state of Tennessee.

1


PLAINTIFF'S EXHIBIT 3

4.

Neither myself, nor my wife or two daughters, have ever conducted any type of business and/or commercial transactions within the state of Tennessee.

5.

Neither myself, nor my wife or two daughters, have ever had any ownership in any type of business that has ever had its primary place of business in Tennessee and/or conducted business in Tennessee.

6.

Neither myself, nor my wife or two daughters, have ever traveled to the state of Tennessee, nor had any regular contacts with the state of Tennessee.

THUS DONE AND SIGNED BEFORE ME, the undersigned Notary, in the presence of the undersigned competent witnesses, on this 30th day of May, 2018.

APPEARER:

_____
JOHN THIBODEAUX (Affiant)

WITNESSES:

_____
_____ (PRINT NAME)

2

*[signature]*
Mark Bergeron     (PRINT NAME)

_Max Michael Menard_
Max Michael Menard  Notary Public
NOTARY I.D. #: 22833

3