

```
                                              PO BOX 182822
                                              COLUMBUS, OH 43218-2822
                                              816.412.2800
                                              816.412.7550 (FAX)
                                              WWW.RHKC.COM
```

May 10, 2017  CERTIFIED MAIL-RETURN RECEIPT

JM Drilling, LLC
127 Milan Arsenal Highway
Milan TN 38358

      Re:     **Plaintiff:** *John Thibodeaux, et al*
              **Insured:**     **JM Drilling, LLC**
              **Claim No.:**   **GL - 006601**
              **Policy No.:**  **FF013178-00 (effective 5/02/15-05/02/16)**

Dear JM Drilling, LLC:

      Rockhill Insurance Company ("Rockhill") first received receipt of the above-referenced matter (the "Reported Matter") under the captioned policy issued to JM Drilling, LLC ("JM Drilling") on 3/9/2017 when Admiral Insurance Company placed Rockhill on notice.

      The Reported Matter arises out of an incident that occurred on or about 6/9/15.  John Thibodeaux an employee of BellSouth at 114 Meadowgate Drive in Youngsville LA, who was performing work for BellSouth when he fell into a washed-out hole that was allegedly cause by a leaking sewer line that had been struck by one of the boring/excavation companies hired to place fiber optic lines to service residential development.  JM Drilling had a contract with Bellsouth/AT&T to perform fiber optic work at the subdivision.

      The purpose of this letter is to provide you with Rockhill's preliminary coverage position with respect to the Reported Matter under the above-referenced policy.  Based on the information and materials received to date, Rockhill is compelled to disclaim coverage for this loss.

      The Rockhill policy FF013178-00 effective 5/2/15-5/2/16 is a Commercial Follow Form Policy RIC 3701 12/05 that provides $5,000,000 each occurrence; $5,000,0000 Products Completed Operations Aggregate [(where applicable)]; $5,000,000 General Aggregate.

      The Commercial Follow Form policy RIC 3701 12/05 states:

THIS POLICY PROVIDES COVERAGE ON A CLAIMS MADE BASIS IF THE SCHEDULED UNDERLYING POLICY PROVIDES CLAIMS MADE COVERAGE. IF COVERAGE IS SO PROVIDED ON A CLAIMS MADE BASIS, IT APPLIES ONLY TO CLAIMS MADE AGAINST AN INSURED DURING THE POLICY PERIOD OR EXTENDED REPORTING PERIOD, IF APPLICABLE. PLEASE READ THE ENTIRE POLICY CAREFULLY.

# COMMERCIAL FOLLOW FORM POLICY

Throughout this policy the words "you" and "your' refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in bold print have special meanings found in Section VII - DEFINITIONS.

## I. INSURING AGREEMENT

We, the Company, in return for the payment of the premium, agree with you, as follows:

    **A.**    Excess Following Form Liability Over Underlying **Claims Made** or **Occurrence** Coverage

We will pay, on behalf of the insured, the **ultimate net loss** in excess of the amount payable under the terms of any Underlying Insurance as stated in the Schedule of Underlying Insurance, that the insured becomes legally obligated to pay as damages because of injury or damage to which this insurance applies, but only after the Underlying Insurance has been exhausted by payment in full.

This insurance is subject to the same terms, conditions, agreements, exclusions and definitions as the Underlying Insurance except as otherwise provided in this policy; provided, however, that in no event will this insurance apply unless the Underlying Insurance applies or would apply but for the exhaustion of its applicable Limit of Liability.

If the Scheduled Underlying Policy affords coverage on a **claims made** basis then for this insurance to apply:

    1.    the injury or damage must be caused by an **occurrence** that takes place in the **coverage territory**;

    2.    the claim for the injury or damage must first be made against the insured during the **Policy Period** or the Extended Reporting Period provided herein; and

    3.    a.    the **bodily injury** or **property damage**; or

              b.    the **occurrence** causing the **personal injury**, **advertising injury** or **professional liability** injury;

must take place on or after the Retroactive Date shown in Item 5 of the Declarations and before termination of this policy;

If the Scheduled Underlying Policy affords coverage on an **occurrence** basis then for this insurance to apply:

    4.    the injury or damage must be caused by an **occurrence** that takes place in the **coverage territory**; and

    5.    a.    the **bodily injury** or **property damage**; or

              b.    the **occurrence** causing the **personal injury**, **advertising injury** or **professional liability** injury;

must take place during the **Policy Period**.

We refer you to the Definitions on Page 29 of 32:

> 20. **Ultimate Net Loss**
>
> *Means*:
>
> > The total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay by reason of settlement or judgments or any arbitration or other alternative dispute method entered into with our consent or the consent of any underlying insurer.

The Commercial Follow Form policy contains the following Exclusion on page 15 of 32:

> 21. **Subsidence**
>
> > to any liability, whether direct or indirect, arising out of, caused by, resulting from, contributed to, or aggravated by the subsidence, settling, expansion, sinking, slipping, falling away, tilting, caving in, shifting, eroding, mud flow, rising, or any other movement of land or earth if any of the foregoing emanate from the operations of the insured or any other person for whose acts the insured is legally liable.
>
> > It is further agreed that this insurance shall not become excess of any reduced or exhausted underlying aggregate limit to the extent that such reduction or exhaustion is the result of claims, damage, loss or expense arising out of or in any way related to the above.

The policy also contains the Residential Contracting- Construction Defect Exclusion endorsement RIC 3181 12/05:

> **THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**
>
> ## Residential Contracting – Construction Defect Exclusion
>
> This endorsement modifies insurance under the following:
>
> > **Commercial Umbrella Policy**
> > **Commercial Follow Form Policy**
> > **Commercial Excess Liability Policy**
>
> This policy does not apply to any loss, cost or expense, directly or indirectly arising out of or related to the liability of "Contractors" for "Residential Construction".
>
> As used in this exclusion:
>
> "Contractors" means all developers, general contractors, subcontractors, trade persons, organizations, or any other person or entity involved in " Residential Construction".
>
> "Residential Construction" means all development, design, building or other construction, improvements, site selection, surface or subsurface site preparation, or any work, products or component parts thereof or services provided in relation to any of the foregoing, involving property intended in whole or in part for

residential habitation. "Residential Construction" does not mean **your work** performed on, or **your product** used in apartments. Apartments do not include condominiums, town houses, or any multi-family dwelling that has been converted into rental units or rented to others, nor does it include apartment buildings or complexes if they have been converted into condominiums or co-operatives.

Notwithstanding the foregoing, "Residential Construction" does not include "non-structural" repair work which is begun after the date of initial occupancy provided such work is unrelated to or not completing work begun prior to the date of initial occupancy. "Non-structural" repair work includes any "Residential Construction" except that which adds or involves a load bearing portion of any structure or involves any defect that significantly and adversely affects use or utility for residential habitation.

---

Based on the above information it does not appear that the Rockhill Commercial Follow Form policy will apply. We are not in position to contribute any sums toward a resolution as a result. Rockhill's coverage position is based on the information presently available, and is subject to the discovery of additional information and further review. If you disagree with any of the positions taken in this letter, or if there is any additional information that you feel would, in any respect, impact Rockhill's decision to deny coverage as outlined above, we ask that you advise us as soon as possible. Rockhill is prepared to consider additional information and reassess its position should the circumstances so warrant.

Rockhill reserves the right to revise, modify, and/or state any additional or further reasons why Rockhill may not owe coverage for the Reported Matter pursuant to the policies' provisions, further investigation, and/or applicable law. Rockhill further reserves the right to revise its position and raise any other issue(s) or coverage defenses without prejudice, waiver, or estoppel. This letter is not, and should not be construed as, a waiver of any terms, conditions, exclusions, or other policy provisions of the Rockhill policies, or any other policies of insurance issued by Rockhill or any of its affiliates

If you believe that there is anything in this letter that is not correct or if you which to provide Rockhill with additional information, please contact the undersigned.

Very truly yours,

*Kelli Kasal*

Kelli Kasal, CCLS
Claim Examiner Senior - Rockhill
State Auto Insurance Company
1300 Woodland Ave.
West Des Moines, IA 50265
Phone: 515.267.7473 Fax: 317.931.6716
Kelli.kasal@stateauto.com

cc:     Admiral Insurance