# U.S. District Court
# Western District of Tennessee (Jackson)
# CIVIL DOCKET FOR CASE #: 1:18−cv−01050−STA−egb

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY v. J.M. DRILLING, LLC | Date Filed: 03/23/2018 |
| Assigned to: Chief Judge S. Thomas Anderson | Jury Demand: None |
| Referred to: Magistrate Judge Edward G. Bryant | Nature of Suit: 110 Insurance |
| Case in other court: Parish of Lafayette Court, 20154167 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity−Declaratory Judgement | |

**Plaintiff**

**ROCKHILL INSURANCE COMPANY**   represented by   **Ronald T. Hill**
EGERTON MCAFEE ARMISTEAD & DAVIS, P.C.
900 S. Gay St.
Suite 1400
Knoxville, TN 37902
865−546−0500
Fax: 865−525−5293
Email: rhill@emlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.M. DRILLING, LLC**   represented by   **James Brandon McWherter**
GILBERT RUSSELL MCWHERTER SCOTT BOBBITT PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
615−354−1144
Fax: 731−664−1540
Email: bmcwherter@gilbertfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clinton H. Scott**
GILBERT MCWHERTER SCOTT BOBBTT PLC
341 Cool Springs Blvd.
Suite 230
Franklin, TN 37067
731−664−1340
Fax: 731−664−1540
Email: cscott@gilbertfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 03/23/2018 | Ï 1 | Corporate Disclosure Statement by ROCKHILL INSURANCE COMPANY identifying Corporate Parent State Automobile Mutual Insurance Company, Corporate Parent Rockhill Holding Company for ROCKHILL INSURANCE COMPANY.. (Reviere, Russell) (Entered: 03/23/2018) |
| 03/23/2018 | Ï 5 | Chief Judge S. Thomas Anderson and Magistrate Judge Edward G. Bryant added. (mbm) (Entered: 03/29/2018) |
| 03/23/2018 | Ï 6 | NOTICE OF CASE TRACKING ASSIGNMENT PURSUANT TO LOCAL RULE 16.2: Pursuant to Local Rule 16.2, this case has been assigned to the Standard track. http://www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf (mbm) (Entered: 03/29/2018) |
| 03/23/2018 | Ï 7 | NOTICE TO COMPLY WITH PLAN FOR ALTERNATE DISPUTE RESOLUTION (ADR): Pursuant to Section to 2.1 of the ADR Plan, all civil cases filed on or after Sept. 1, 2014, shall be referred automatically for ADR. For compliance requirements, refer to the ADR Plan at: http://www.tnwd.uscourts.gov/pdf/content/ADRPlan.pdf (mbm) (Entered: 03/29/2018) |
| 03/23/2018 | Ï 8 | NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE Pursuant to 28 U.S.C. 636(c), Fed.R.Civ.P.73, and Local Rule 72.1, this Court has designated the Magistrate Judges of this District to conduct trials and otherwise dispose of any civil case that is filed in this Court. Your decision to consent, or not consent, to the referral of your case to a United States Magistrate Judge for trial and entry of a final judgment must be entirely voluntary. The judge or magistrate judge to whom the case has been assigned will not be informed of your decision unless all parties agree that the case may be referred to a magistrate judge for these specific purposes. A less than unanimous decision will not be communicated by this office to either the judge or magistrate judge. The consent form is available on the courts website at https://www.tnwd.uscourts.gov/forms−and−applications.php (mbm) (Entered: 03/29/2018) |
| 03/26/2018 | Ï 2 | COMPLAINT against J.M. DRILLING, LLC, filed by ROCKHILL INSURANCE COMPANY. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Reviere, Russell) ( Internet payment made on 3/23/18 by Russell Reviere− Rcpt # 0651−2751470 . Modified to add Rcpt # on 9/11/2018.) (cdi). (Entered: 03/26/2018) |
| 03/27/2018 | Ï 3 | Notice of Correction to 2 Complaint, . (Hill, Ronald) (Entered: 03/27/2018) |
| 03/27/2018 | Ï 4 | Notice of Correction to 1 Corporate Disclosure Statement . (Hill, Ronald) (Entered: 03/27/2018) |
| 03/29/2018 | Ï 9 | Summons Issued as to J.M. DRILLING, LLC. The filer has been notified electronically that the summons has been issued, and the new docket entry reflects this. Upon notification of the new docket entry, the filer is to print the issued summons in order to effect service. (mbm) (Entered: 03/29/2018) |
| 05/14/2018 | Ï 10 | SUMMONS Returned Executed by ROCKHILL INSURANCE COMPANY as to J.M. DRILLING, LLC. (Hill, Ronald) (Entered: 05/14/2018) |
| 05/25/2018 | Ï 11 | NOTICE of Appearance by James Brandon McWherter on behalf of J.M. DRILLING, LLC (McWherter, James) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 12 | MOTION for Extension of Time to File Answer *Unopposed, proposed order submitted* by J.M. DRILLING, LLC. (Attachments: # 1 Certificate of Consultation)(McWherter, James) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 13 | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER. Signed by Chief Judge S. Thomas Anderson on 5/25/18. (mbm) (Entered: 05/25/2018) |
| 05/25/2018 | Ï 14 | NOTICE of Appearance by Clinton H. Scott on behalf of J.M. DRILLING, LLC (Scott, Clinton) (Entered: 05/25/2018) |

| | | |
|---|---|---|
| 06/12/2018 | Ï 15 | MOTION to Dismiss , *or in the Alternative to Transfer or Stay Rockhill's Declaratory Action – proposed order submitted* by J.M. DRILLING, LLC. (Attachments: # 1 Memorandum in Support of Motion, # 2 Exhibit A – Jury Verdict Form, # 3 Exhibit B – Final Judgment, # 4 Exhibit C – Admiral Policy, # 5 Exhibit D – Louisiana Federal Complaint for Declaratory Judgment, # 6 Exhibit E – Rockhill Memo in Support of Motion to Transfer, # 7 Exhibit F – JM Drilling Answer to Complaint, # 8 Exhibit G – Affidavit of John Thibodeaux)(McWherter, James) (Entered: 06/12/2018) |
| 07/10/2018 | Ï 16 | RESPONSE to Motion re 15 MOTION to Dismiss , *or in the Alternative to Transfer or Stay Rockhill's Declaratory Action – proposed order submitted* filed by ROCKHILL INSURANCE COMPANY. (Attachments: # 1 Exhibit Coverage Denial Letter to J.M. Drilling)(Hill, Ronald) (Entered: 07/10/2018) |
| 07/17/2018 | Ï 17 | MOTION for Extension of Time to File Response/Reply as to 16 Response to Motion, 15 MOTION to Dismiss , *or in the Alternative to Transfer or Stay Rockhill's Declaratory Action – proposed order submitted , unopposed, and supporting memorandum, proposed order submitted* by J.M. DRILLING, LLC. (Attachments: # 1 Certificate of Consultation)(McWherter, James) (Entered: 07/17/2018) |
| 07/18/2018 | Ï 18 | ORDER GRANTING EXTENSION OF TIME. Signed by Chief Judge S. Thomas Anderson on 7/18/18. (mbm) (Entered: 07/18/2018) |
| 07/31/2018 | Ï 19 | REPLY to Response to Motion re 16 Response to Motion, filed by J.M. DRILLING, LLC. (Attachments: # 1 Exhibit A. Thibodeaux, et al v J.M. Drilling, et al)(McWherter, James) (Entered: 07/31/2018) |
| 10/30/2018 | Ï 20 | ORDER GRANTING, IN PART, MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER OR STAY ROCKHILL'S DECLARATORY ACTION AND TRANSFERRING THIS MATTER PURUSANT TO 28 U.S.C. § 1404. Signed by Chief Judge S. Thomas Anderson on 10/30/18. (mbm) (Entered: 10/30/2018) |