**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**ROCKHILL INSURANCE CO**              **CASE NO. 6:18-CV-01414**

**VERSUS**                                        **JUDGE SUMMERHAYS**

**J M DRILLING L L C**                     **MAGISTRATE JUDGE WHITEHURST**


### ORDER


     Considering the transfer to this Court of the above-captioned action on October 30, 2018, formerly Case No. 1:18-cv-1050, United States District Court, Western District of Tennessee,

     IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

     (1)    File an Application to Practice in this Court;

     (2)    File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

     (3)    Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this _____ day of _____, 2018.


_____
Carol B. Whitehurst
United States Magistrate Judge