# UNITED STATES DISTRICT COURT

# FOR THE

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN THIBODEAUX ET AL | CIVIL ACTION 6:18-cv 00501 |
| VERSUS | UNASSIGNED JUDGE |
| J. M. DRILLING LLC, ET AL | MAGISTRATE WHITEHURST |

## ORDER

Considering the foregoing Motion to Consolidate action number 6:18-cv-01414-RRS-CBW with this action filed by J. M. Drilling LLC and for the reasons set forth within;

IT IS ORDERED that the Motion to Consolidate is hereby GRANTED.

Lafayette, Louisiana, this 26th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE