UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JOHN THIBODEAUX, ET AL** | * | NO.:  6:18-CV-00501-RRS-CBW |
| | | NO.:  6:18-CV-01414-RRS-CBW |
| | * | |
| **VERSUS** | | **JUDGE:** |
| | * | **ROBERT R. SUMMERHAYS** |
| | * | **MAGISTRATE JUDGE:** |
| **J.M. DRILLING, LLC, ET AL** | | **CAROL B. WHITEHURST** |
| | * | |

**CRC INSURANCE SERVICES, INC.'S
AMENDED ANSWER TO JM DRILLING, LLC'S THIRD-PARTY DEMAND**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, CRC Insurance Services, Inc. ("CRC"), who supplements its Answer, Affirmative Defenses, and Request for a Jury Trial in response to JM Drilling, LLC's ("JM Drilling") Third-Party Demand and First Amended Third-Party Demand ("Third-Party Demand").  CRC adopts and incorporates its Answer to JM Drilling's Third-Party Demand to the extent that this amendment is not inconsistent therewith.

**AMENDED FIFTH DEFENSE**

JM Drillings' claims are barred, in whole or in part, because CRC did not owe any legal duty to JM Drilling or, if CRC owed any such legal duty, CRC did not breach that duty.

**FOURTEENTH DEFENSE**

Since JM Drilling paid the Rockhill Insurance Policy premium, its claims are barred, and/or subject to a rebuttable presumption, that the coverage provided by Rockhill was accepted by JM Drilling and all additional insureds.

**WHEREFORE**, CRC prays that its Supplemental Answer, Affirmative Defenses, and Request for Jury Trial be filed, that it be deemed good and sufficient and that after all due proceedings are had herein, judgment be rendered in its favor, and against JM Drilling, at JM Drilling's sole and exclusive cost.  CRC further prays for any and all other relief of whatever variety that this Honorable Court might find to be just and proper.

        Respectfully submitted

        **ADAMS AND REESE LLP**

        /s/William D. Shea
        William D. Shea (#29419)
        Susan N. Eccles (#29847)
        Adams and Reese LLP
        450 Laurel Street, Suite 1900
        Baton Rouge, LA  70801
        Telephone:  225.336.5200
        Facsimile:  225.336.5220
        Email:  william.shea@arlaw.com
        Email:  susan.eccles@arlaw.com
        Email:  justin.jack@arlaw.com
        ***Attorneys for Defendant***
        ***CRC Insurance Services, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via the Court's electronic filing system.

        *s / William D. Shea*
        William D. Shea