# RABALAIS & HEBERT

*A Limited Liability Company*
**Attorneys and Counselors at Law**
**701 Robley Drive, Suite 210**
**Lafayette, Louisiana 70503**

**Steven B. Rabalais**
**Christopher H. Hebert**
**Blake T. Couvillion**

*Of Counsel*
**Fred W. Davis**
**Melvin A. Eiden**

Website: www.rhhlawfirm.com
Telephone: (337) 981-0309
Facsimile : (337) 981-0905
Email:meiden@rhhnet.com

March 10, 2021

Magistrate Judge Carol B. Whitehurst
United States Magistrate Judge
800 Lafayette Street, Ste. 3400
Lafayette LA 70501

    Re:    John Thibodeaux, et al vs. J. M. Drilling, et al
                    **Case No. 6:18-CV-0051 (LEAD)**
                    **NO.: 6:18-CV-01414-RRS-CBW (MEMBER)**

Dear Magistrate Judge Whitehurst:

    We represent J. M. Drilling in this consolidated action. We filed two separate Second Motions for Leave to Amend yesterday. At the time of filing, we had sought consent from Rockhill but they were not yet in a position to give that consent. We were advised this morning that Rockhill does not object to the filing of either Motion for Leave.

    Therefore, J.M. Drilling requests that the Court now grant J.M. Drilling's Motion for Leave to File the First Supplemental and Amending Counter-claim and J.M. Drilling's Motion for Leave to file its Second Supplemental and Amending Cross-claim since both Motions are now unopposed.

    With best wishes, I remain

                    Sincerely yours,

                    *s/ Melvin A. Eiden*

                  **MELVIN A. EIDEN**

MAE/mae
Enclosure

**EXHIBIT 1**

# Melvin Eiden

| | |
|---|---|
| **From:** | Otalvora, Gustavo A. <gotalvora@BatesCarey.com> |
| **Sent:** | Wednesday, March 10, 2021 8:53 AM |
| **To:** | 'Chris Taulbee' |
| **Cc:** | Alt, David M.; Bill Shea; Alan Stewart; Melvin Eiden; Blake Couvillion; Max Menard; Ed Taulbee |
| **Subject:** | RE: Thibodeaux |

Chris and Melvin – I heard back from our client this morning regarding your motions to amend. Rockhill does not object. You may advise the Court accordingly.

Gus

**Gustavo A. Otalvora** | Partner
BatesCarey LLP | 191 N. Wacker, Suite 2400, Chicago, IL 60606
Direct 312.762.3207 | gotalvora@batescarey.com | batescarey.com


**BATESCAREY**LLP
*Coverage From Every Angle*

This email and any files transmitted with it may contain confidential and/or privileged information which is intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender, and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.